AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| GLASSER, ISRAEL L. | UNITED STATES DISTRICT COURT | 05/09/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| SENIOR U.S. DISTRICT JUDGE | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

UNITED STATES COURTHOUSE
225 CADMAN PLAZA EAST
BROOKLYN, NEW YORK 11201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Advisory Council | Hebrew Free Loan Society |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GLASSER, ISRAEL L. | 05/09/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | NYS Employee's Retirement System | $8357.16 |
| 2. 2017 | TIAA Retirement Annuity | $36000. |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | TIAA Retirement Annuity |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GLASSER, ISRAEL L. | 05/09/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GLASSER, ISRAEL L. | 05/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. American Tel. & Tel. | A | Dividend | M | T | | | | | |
| 2. Alcatel Lucent | A | Dividend | J | T | | | | | |
| 3. P.P. & L. | A | Dividend | J | T | | | | | |
| 4. Chevron Texaco Corp. | C | Dividend | L | T | | | | | |
| 5. Exxon Mobil | D | Dividend | N | T | | | | | |
| 6. General Electric | A | Dividend | | | Sold | 10/23/17 | L | D | |
| 7. Conoco Phillips | A | Dividend | K | T | | | | | |
| 8. Norfolk Southern | B | Dividend | K | T | | | | | |
| 9. Pepsico,Inc. | B | Dividend | M | T | | | | | |
| 10. Washington Gas & Light | B | Dividend | L | T | | | | | |
| 11. Nuveen Tax Ex. U. Tr. Ser. 202 | B | Interest | K | T | | | | | |
| 12. Ferris Baker Res. Fd | D | Interest | M | T | | | | | |
| 13. HSBC | A | Interest | L | T | | | | | |
| 14. TIAA/CREF Managed Allocation Fund | A | Dividend | M | T | | | | | |
| 15. State of Israel | A | Interest | J | T | | | | | |
| 16. CMA NY Mun | A | Interest | J | T | | | | | |
| 17. Quest | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GLASSER, ISRAEL L. | 05/09/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Axa | A | Dividend | J | T | | | | | |
| 19. Merrill Lynch Bkg Adv | A | Dividend | K | T | | | | | |
| 20. AVAYA | A | Dividend | J | T | | | | | |
| 21. IBM | A | Dividend | J | T | | | | | |
| 22. Vodafone | A | Dividend | J | T | | | | | |
| 23. Agere | A | Dividend | J | T | | | | | |
| 24. Comcast | A | Dividend | J | T | | | | | |
| 25. GE Capital Corp. SRNOTE 5.815 | A | Interest | L | T | | | | | |
| 26. American Capital | A | Dividend | J | T | | | | | |
| 27. Franklin Mutual Global (formerly Mutual Discovery) | A | Dividend | J | T | | | | | |
| 28. Verizon | A | Dividend | K | T | | | | | |
| 29. Southern Co. | A | Dividend | K | T | | | | | |
| 30. Kraft Food 6.125% | A | Interest | L | T | | | | | |
| 31. Verizon 6.1% | A | Interest | | | Matured | 04/24/17 | L | A | |
| 32. Burlington Northern 4.7% | A | Interest | L | T | | | | | |
| 33. Goldman Sachs 5.375% | A | Interest | K | T | | | | | |
| 34. General Electric 5.25% | A | Interest | | | Matured | 12/06/17 | L | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GLASSER, ISRAEL L. | 05/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Proctor & Gamble | A | Dividend | K | T | | | | | |
| 36. Abbott Labs | A | Dividend | K | T | | | | | |
| 37. Suffolk Co. NY Pub. Impt. | A | Interest | K | T | | | | | |
| 38. NYS Twy. Auth. St. Pers. | A | Interest | K | T | | | | | |
| 39. First Eagle Global Fund | A | Dividend | K | T | | | | | |
| 40. First Eagle Fund of America | A | Dividend | J | T | | | | | |
| 41. Blackrock Equity | A | Dividend | K | T | | | | | |
| 42. Centerpoint Energy | A | Dividend | J | T | | | | | |
| 43. Berkshire Hathaway B | A | Dividend | K | T | | | | | |
| 44. NYS Dorm Auth | A | Dividend | K | T | | | | | |
| 45. NYS Ser C RF | A | Dividend | K | T | | | | | |
| 46. First Eagle Fund of America | A | Dividend | J | T | | | | | |
| 47. Black Rock Equity Dividend | A | Dividend | J | T | | | | | |
| 48. Black Rock Global | A | Dividend | J | T | | | | | |
| 49. Bank of China NY | A | Dividend | J | T | | | | | |
| 50. TriBoro B & T Auth. | A | Dividend | K | T | | | | | |
| 51. Exelon | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GLASSER, ISRAEL L. | 05/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 53. Metro. Trans. Auth. NY Rev Trans. | A | Dividend | K | T | | | | | |
| 54. Metro. Trans. AT NY Ded Tax Fd | A | Dividend | J | T | | | | | |
| 55. Phillips 66 | A | Dividend | J | T | | | | | |
| 56. CD Bank of India NY New York | A | Dividend | J | T | | | | | |
| 57. New. York NY Ser 1 | A | Dividend | J | T | | | | | |
| 58. Intel | A | Dividend | L | T | | | | | |
| 59. Caterpillar | A | Dividend | | | Sold | 01/03/17 | L | D | |
| 60. QCP (formerly HCP) | A | Dividend | | | Sold | 02/09/17 | K | B | |
| 61. NYS Dorm Auth. Sales Tax Rev. | A | Dividend | J | T | | | | | |
| 62. Pfizer | A | Dividend | K | T | | | | | |
| 63. Deere | A | Dividend | | | Sold | 10/04/17 | L | E | |
| 64. CD Bank of Baroda | A | Dividend | J | T | | | | | |
| 65. Emerson Electric | A | Dividend | L | T | | | | | |
| 66. Walmart | A | Dividend | L | T | | | | | |
| 67. Walmart | A | Dividend | K | T | | | | | |
| 68. NYS Series A OID Bond | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GLASSER, ISRAEL L. | 05/09/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Brookhaven NY LT Series A Bond | A | Dividend | J | T | | | | | |
| 70. NYS Form ATRV Bond | A | Dividend | J | T | | | | | |
| 71. Municipal Bond - NYC TFA Revenue Bond | A | Dividend | J | T | | | | | |
| 72. JP Morgan Growth Adv. Fund | A | Dividend | K | T | | | | | |
| 73. CD Merrick Bank South Jordan, UT | A | Dividend | J | T | | | | | |
| 74. Wells Fargo (WFC) | A | Dividend | K | T | | | | | |
| 75. Welltower (WELL) | A | Dividend | K | T | Buy | 02/09/17 | K | | |
| 76. United Parcel Service (UPS) | A | Dividend | K | T | Buy | 05/18/17 | K | | |
| 77. General Mills (GIS) | A | Dividend | K | T | Buy | 09/20/17 | K | | |
| 78. Merck (MRK) | A | Dividend | K | T | Buy | 10/31/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GLASSER, ISRAEL L. | 05/09/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| GLASSER, ISRAEL L. | 05/09/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ ISRAEL L. GLASSER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544